# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WYATT VALENCIA-PACHECO (1),<br>JONATHAN EMMANUEL MONTELLANO-MORA (2),<br>LUIS ARMANDO DORANTES RIVERA, JR. (3),<br><br>　　　　Defendants. | Case No.: 21CR1683-WQH<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING |

Upon joint motion of the parties and good cause appearing,

IT IS ORDERED that the Joint Motion to Continue is granted (ECF No. 261), and the sentencing hearings for Wyatt Valencia-Pacheco, Jonathan Emmanuel Montellano-Mora, and Luis Armando Dorantes Rivera, Jr. are continued from February 26, 2025, to **May 14, 2025, at 9:00 am**.

Dated:  February 4, 2025

　　　　　　　　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　　　　　　　　　　　United States District Court