1
2
3
4

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

5
6
7
8
9
10
11

| UNITED STATES OF AMERICA, | Case No.: 21CR1683-WQH |
|---|---|
| Plaintiff, | |
| v. | **ORDER CONTINUING SENTENCINGS** |
| WYATT VALENCIA PACHECO, JONATHAN EMANUEL MONTELLANO-MORA, | |
| Defendants. | |

12
13
14
15
16
17

Upon application of the UNITED STATES OF AMERICA, and good cause appearing, IT IS ORDERED that the unopposed Motion to Continue is granted. (ECF No. 355.) The Sentencing Hearings for Wyatt Valencia Pacheco and Jonathan Emanuel Montellano-Mora  currently scheduled for 9 am on July 11, 2025 has   been CONTINUED to 9 a.m. on **August 13, 2025**.

18
19
20

DATED:    6/5/25

*William Q. Hayes*
HONORABLE WILLIAM Q. HAYES
U.S. District Court Judge

21
22
23
24
25
26
27
28

2